IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OMERO MARTINEZ,

    Plaintiff,

v.                                        Cause No. 2:21-cv-00126-SMV-GBW

SOON KIM, M.D.,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW NOTICE OF REMOVAL AND TO REMAND [Doc. 5]**

**THIS MATTER** is before the Court on Soon Kim M.D.'s Response to Order Show Cause and Unopposed Motion to Withdraw Notice of Removal [Doc. 5], filed March 9, 2021. Having considered the Motion, the Court finds that it is well-taken and shall be **GRANTED**.

It is therefore ordered that the Unopposed Motion to Remand [Doc. 5] is **GRANTED** and this action is **REMANDED** to the Fifth Judicial District Court, Lea County, New Mexico.

_____
**HONORABLE STEPHAN M. VIDMAR**
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

*/s/ Sabrina R. Salvato*
Kathleen M. Wilson
Hari-Amrit Khalsa
Sabrina Rodriguez Salvato
HINKLE SHANOR LLP
7601 Jefferson St. NE, Suite 180
Albuquerque, NM 87109
Telephone: (505) 858-8320
Facsimile:  (505) 858-8321

1

kwilson@hinklelawfirm.com
hkhalsa@hinklelawfirm.com
ssalvato@hinklelawfirm.com
*Attorneys for Defendant Kim Soon, M.D.*


*remand unopposed via email 3/15/21*
Brian P. Heinrich
TEMPLETON, SMITHEE, HAYES, HEINRICH
& RUSSELL, LLP
320 S. Polk, Suite 1000
Amarillo, Texas 79101
(806) 324-0324 - Telephone
(806) 379-8568 - Fax
brian@tshhr.com
Brian P. Heinrich, SBN 09382320
*Attorneys for Plaintiff*

    */s/ approved by Arslan S. Umarov*
Arslan S. Umarov
LAW OFFICE OF JAMES H. WOOD, P.C.
601 Marble Ave., NW
Albuquerque, NM 87102
Tel: (505) 340-3134
Fax: (505) 340-3136
aumarov@jameswoodlaw.com
*Attorneys for Plaintiff Omero Martinez*